UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN L. PRUETER,

Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant.

ORDER

Civil No. 00-57(ADM/AJB)

This matter is before the Court on the motion of The Prudential Insurance Company of America ("Prudential") for a stay of all proceedings in this action and for temporary exemption from the requirements of Fed.R.Civ.P. 16 and 26(a) pending a final decision by the Judicial Panel on Multidistrict Litigation (the "MDL" Panel") on transfer of this action. Based upon all of the files, records and proceedings herein and arguments of counsel,

IT IS HEREBY ORDERED THAT Prudential's motion for a stay of all proceedings in this action and for temporary exemption from the requirements of Fed.R.Civ.P. 16 and 26(a) is hereby GRANTED; AND

IT IS FURTHER ORDERED that all proceedings in this action are STAYED and this action is temporarily EXEMPTED from the requirements of Fed.R.Civ.P. 16 and 26(a) a pending a final decision by the MDL Panel on transfer of this action.

Dated: January 24, 2000

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

JAN 24 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS