FILED
MAR 16 2000
AT 8:30 ..................M
WILLIAM T. WALSH
CLERK

Civ 00-1254 (AMW)

DOCKET NO. 1061

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE THE PRUDENTIAL INSURANCE COMPANY OF AMERICA SALES PRACTICES LITIGATION

~~*Bianchi, et al. v. Prudential Insurance Co. of America*, E.D. Kentucky, C.A. No. 6:99-558~~ opposed 3/8/00
*Prueter v. Prudential Insurance Co. of America*, D. Minnesota, C.A. No. 0:00-57
~~*Moorehead, et al. v. Prudential Insurance Co. of America*, S.D. Mississippi, C.A. No. 3:00-75~~ opposed 3/8/
*Pagano v. Prudential Insurance Co. of America, et al.*, N.D. New York, C.A. No. 1:00-170

CONDITIONAL TRANSFER ORDER (CTO-97)

On August 3, 1995, the Panel transferred nine civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 275 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Alfred M. Wolin.

It appears from the pleadings filed in the above-captioned actions that they involve questions of fact which are common to the actions previously transferred to the District of New Jersey and assigned to Judge Wolin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 181 F.R.D. 1, 10 (1998), the above-captioned actions are hereby transferred under 28 U.S.C. §1407 to the District of New Jersey for the reasons stated in the order of August 3, 1995, and, with the consent of that court, assigned to the Honorable Alfred M. Wolin.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR - 9 2000

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

RECEIVED
MAR 1_ 2000
AT 8:30 ..........M
WILLIAM T. WALSH, CLERK

Michael J. Beck
Michael J. Beck
Clerk of the Panel

FILED 3-30-00
FRANCIS E. DOSAL CLERK
JUDGMENT ENTERED ______
DEPUTY CLERK'S INITIALS MKL

(7)